In the Matter of ALFREDA MADISON, Respondent, v. CALVIN GROSS, as Superintendent of Schools of the Board of Education of the City of New York, Appellant

Concur — Eager, J. P., Capozzoli, McNally, McGivern and Bastow, JJ.

In the Matter of GALBREATH CORPORATION, Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.

Concur — Stevens, J. P., Steuer, Tilzer, Rabin and Bastow, JJ.